IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-P-2631-NE |
| | ) | |
| KEITH B. CAMPBELL | ) | |
| SSN: 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 | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on October 19, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.



It is further ORDERED by the Court that payment of the proceeds of the judgment and costs herein shall be made directly to the attorneys of record for the Plaintiff and that, upon receipt thereof, such attorneys will satisfy said judgment on the records of this Court.

The Clerk shall certify an Abstract of Judgment.

Done this the 20⁼ day of ___Dec.___, 1999.

_____
SENIOR UNITED STATES DISTRICT JUDGE